| Debtor 1 | **Marcus K Graves** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number **18-25226**
(if known)

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false stat
obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,0
years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach Bar
                                                    Declaratio

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declarati
that they are true and correct.

X _____    X _____
**Marcus K Graves**                Signature of Debtor 2
Signature of Debtor 1

Date _____    Date _____

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com